| | |
|---|---|
| 1 | BRANDIE N. CHARLES, Bar No. 188892 |
| | bcharles@littler.com |
| 2 | ASHLEY J. BRICK, Bar No. 281657 |
| | abrick@littler.com |
| 3 | LITTLER MENDELSON, P.C. |
| | 2049 Century Park East |
| 4 | 5th Floor |
| | Los Angeles, CA  90067.3107 |
| 5 | Telephone: 310.553.0308 |
| | Facsimile:  310.553.5583 |
| 6 | |
| 7 | Attorneys for Defendant |
| | FEDEX SUPPLY CHAIN, INC. |
| 8 | YOLANDA A. SLAUGHTER, Bar No. 202610 |
| | yslaughterlaw@aol.com |
| 9 | LAW OFFICES OF YOLANDA A. SLAUGHTER |
| | 633 W. 5th Street, 26th Floor |
| 10 | Los Angeles, California 90071 |
| | TEL:  (424) 201-3679 |
| 11 | TEL:  (310) 968-4592 |
| 12 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENEE SOWELL, | Case No. 5:20-cv-00061 FMO (KKx) |
| Plaintiff, | **JOINT NOTICE OF SETTLEMENT** |
| v. | Complaint Filed: October 15, 2019 |
| FEDEX SUPPLY CHAIN, INC., a Delaware Corporation; and DOES 1 through 25, Inclusive, | (Los Angeles Superior Court, County of San Bernardino) |
| Defendant. | |

**TO THE HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff RENEE SOWELL and Defendant FEDEX SUPPLY CHAIN, INC. have reached a settlement in the above-captioned

matter. An executed Voluntary Stipulation of Dismissal of the entire action with prejudice is expected to be filed within 30 days of the date of this Joint Notice of Settlement.

The Parties jointly request that the Court vacate all dates and deadlines currently on calendar.

**IT IS SO STIPULATED.**

Dated: October 15, 2020

/s/ *Yolanda A. Slaughter*
YOLANDA A. SLAUGHTER
LAW OFFICES OF YOLANDA A. SLAUGHTER
Attorneys for Plaintiff, Renee Sowell

Dated: October 15, 2020

/s/ *Ashley J. Brick*
BRANDIE N. CHARLES
ASHLEY J. BRICK
LITTLER MENDELSON, P.C.
Attorneys for Defendant
FEDEX SUPPLY CHAIN, INC.

The filing attorney attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized this electronic filing.